y

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 00-cv-02359-WDM-OES (and related Civil Action Nos. 00-cv-02355-WDM-OES through 00-cv-02357-WDM-OES, 00-cv-02376-WDM-OES through 00-cv-02379-WDM-OES, 00-cv-02381-WDM-OES, 00-cv-02382-WDM-OES, 00-cv-02387-WDM-OES through 00-cv-02390-WDM-OES, 00-cv-02392-WDM-OES, 00-cv-02393-WDM-OES, 00-cv-02395-WDM-OES through 00-cv-02403-WDM-OES, and 00-cv-02405-WDM-OES)

COLIN CHAPMAN, et al.,

    Plaintiffs,

v.

JOHN M. WELCH, et al.,

    Defendants.

## NOTICE OF DISMISSAL

Miller, J.

These matters are before me on the Joint Motion to Dismiss Six Cases that Were Administratively Closed Until April 30, 2007, With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1) (doc no 31) and the Supplement to that motion (doc no 33). I take judicial notice that the parties dismiss with prejudice the following cases, which were previously administratively closed:

| Plaintiff | Claim Name and USMS # | Case Number |
| --- | --- | --- |
| Maniloff | Cleveland Lode, USMS 4212 | 00-cv-02387 |
| Meloy | Grand Prize, USMS 2389 | 00-cv-02389 |
| Pokress | Terrible Lode, USMS 2752 | 00-cv-02396 |
| Smalls | Gray Carbonate Lode, USMS 4154 | 00-cv-02399 |

| | | |
|---|---|---|
| Teschner | Dixie Lode, USMS 1986 | 00-cv-02400 |
| Van't Hoff | Lincoln Lode, USMS 5794 | 00-cv-02402 |

I further take judicial notice that pursuant to the parties' stipulation, each party shall pay their own costs and attorneys' fees, and any lis pendens filed or recorded previously on behalf of the Plaintiffs in each of the six (6) cases is released.

DATED at Denver, Colorado, on September 20, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

2